ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH KENNETH EVANS, | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **3:05-CV-2155-M** |
| | ) | |
| LUPE VALDEZ, | ) | |
| **Respondent.** | ) | |

FEB — 8 2006

CLERK, U.S. DISTRICT COURT
Northern District of Texas

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and denies as moot Petitioner's blank motion for leave to proceed *in forma pauperis* (docket #11).

SO ORDERED this _8_ day of _February_ 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE